FILED
AUG 16 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

RECEIVED
2005 AUG 16 P 4: 31
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) ) | CR. NO. 2:05CR182-VPM |
| v. ) ) | (18 U.S.C. 641) |
| CANDICE L. FOUNTAIN ) | |
| 504 Conrad Street ) | INFORMATION |
| Montgomery, AL 36110 ) | |
| SSN: XXX-XX-2101 ) | |

The United States Attorney charges:

### COUNT ONE

On or about the 17th day of October, 2004, at the Army Air Force Exchange (AAFES) on Maxwell Air Force Base, Alabama, in the Middle District of Alabama, CANDICE L. FOUNTAIN did knowingly convert to the use of another a thing of value of the United States or any department or agency thereof, of a value of not exceeding $1,000, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

*Adam M. Cook*
ADAM M. COOK
Special Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB AL 36112-6334
(334) 953-2786/2789

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | **AFFIDAVIT** |
| COUNTY OF MONTGOMERY | ) | |

The undersigned, being first duly sworn, deposes and says:

I worked in Loss Prevention for AAFES at Maxwell Air Force Base, Alabama and am familiar with the following incident:

On October 17, 2004, Ms. Jada Carter witnessed Ms. Sharon Williams enter the Base Exchange and shop for several minutes. She went to Ms. Candice Fountain's register for checkout. Ms. Fountain was observed illegally voiding and/or deducting the prices of several of Ms. Fountains' purchases.

_____
JORGE L. RANGEL
AAFES Employee

Subscribed and sworn to before me this 25th day of February, 2005.

_____
AUDREY F. GRIFFIN, Notary Public
State of Alabama

AUDREY FAYE GRIFFIN
Notary Public
STATE OF ALABAMA

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Jul 23, 2005
BONDED THRU NOTARY PUBLIC UNDERWRITERS

My commission expires: _____