IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 SEP -2 P 1: 19
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) CR. NO. 2:05CR182-VPM |
| | ) |
| CANDICE L. FOUNTAIN | ) |

## MOTION TO WITHDRAW AND SUBSTITUTE

**COMES NOW Sherrina L. McQuain** and enters the withdrawal of Adam M. Cook as government counsel in the above-captioned case. Mr. Cook was recently reassigned to Korea with the United States Air Force and will no longer represent the government in this matter. I, Sherrina L. McQuain, will be the designated government representative on which service may be made.

Respectfully submitted this 2nd day of September, 2005.

_____
SHERRINA L. McQUAIN
Special Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
(334) 953-2786

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of this document was properly served via fax #272-2551 to Attorney Matt Matthews this 2nd day of September, 2005.

_____
SHERRINA L. McQUAIN
Special Assistant United States Attorney