IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 05CR182-M |
| | ) | |
| CANDICE L. FOUNTAIN | ) | |

## ORDER ON MOTION

On 2 September 2005, the defendant filed a motion to withdraw and substitute counsel of record for the government. For good cause, it is

ORDERED that the motion (Doc. #5) is GRANTED.

DONE this 7th day of September, 2005.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE