**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: 9-13-2005

DIGITAL RECORDING: 10:31 - 10:36 am
Arr: 10:36 - 10:38 am

- [x] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [x] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB
DEPUTY CLERK: sql

CASE NO.: 2:05cr182-M
DEFT. NAME: Candice L. FOUNTAIN

USA: ~~McQrain~~ Brunson
ATTY: Petersen
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
( ) Stand In ONLY

USPTSO/USPO: ____

Defendant ____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO ____ YES NAME: ____

- ☐ kars. — Date of Arrest ____ or ☐ karsr40
- ☒ kia. — Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ kcnsl. — Deft. First Appearance with Counsel
- ☐ — Deft. First Appearance without Counsel
- ☒ — Requests appointed Counsel ☐ ORAL MOTION for Appointment of Counsel
- ☒ kfinaff. — Financial Affidavit executed ☐ to be obtained by PTSO
- ☒ koappted — ORAL ORDER appointing Community Defender Organization - Notice to be filed.
- ☐ k20appt. — Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ — Deft. Advises he will retain counsel. Has retained ____
- ☐ — Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐ — Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg. — Detention Hearing ☐ held; ☐ set for ____
- ☐ kotempdtn. — ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn. — ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls. — Release order entered. Deft. advised of conditions of release
- ☐ kbnd. — ☐ BOND EXECUTED (M/D AL charges) $____. Deft released (kloc LR)
  ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ kloc.(LC) — Bond NOT executed. Deft to remain in Marshal's custody
- ☐ — Preliminary Hearing ☐ Set for ____
- ☐ ko. — Deft. ORDERED REMOVED to originating district
- ☐ kwvprl. — Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐ — Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ☒ karr. — ARRAIGNMENT SET FOR: ____ ☒ HELD. Plea of NOT GUILTY entered.
  ☒ Set for 11-21-05 Trial Term; ☐ PRETRIAL CONFERENCE DATE: ____
  DISCOVERY DISCLOSURES DATE: 9-13-05
- ☐ krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. — Identity/Removal Hearing set for ____
- ☐ kwvspt — Waiver of Speedy Trial Act Rights Executed