### IN THE UNITED STATES DISTRICT COURT FOR
### THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                                   ) | CASE. NO. 2:05-cr-0182-VPM |
| ) | |
| ) | |
| CANDICE L. FOUNTAIN   ) | |

### NOTICE OF ACCEPTANCE OF APPOINTMENT

**COMES NOW** Michael J. Petersen, Attorney at Law and accepts his appointment, pursuant to the Criminal Justice Act, to represent Candice L. Fountain in the above-styled matter, and files this his notice of appearance as Counsel for the Defendant, Candice L. Fountain, and requests any and all pleadings and court notices be forwarded to him in this matter at the address listed below.

**RESPECTFULLY SUBMITTED** this the 17th day of November 2005.

s/Michael J. Petersen
MICHAEL J. PETERSEN
Alabama Bar No.:  ASB-5072-E48M
Attorney for Candice L. Fountain
Petersen Law Office, LLC.
631 South Perry Street
Montgomery, AL 36104
Telephone: (334) 269-1506
Fax: (334) 269-1505
E-mail: mich248@bellsouth.net

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE. NO. 2:05-cr-0182-VPM |
| ) | |
| JULIO CESAR MOSQUERA ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esq.
Assistant U.S. Attorney
PO Box 97
Montgomery, AL 36101-0197

Adam M. Cook
Special Assistant U.S. Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB, AL 36122-6334


s/Michael J. Petersen
Michael J. Petersen
Alabama Bar No.: ASB-5072-E48M
Attorney for Candice L. Fountain
Petersen Law Office, LLC.
631 South Perry Street
Montgomery, AL 36104
Telephone: (334) 269-1506
Fax: (334) 269-1505
E-mail: mich248@bellsouth.net