IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO.2:05cr182-VPM |
| | ) | |
| CANDICE L. FOUNTAIN | ) | |

## ORDER

      For good cause, it is

ORDERED that jury selection and trial currently set for 21 November 2005 at 10:00 a.m.

be RESET to ***21 November 2005 at 2:00 p.m.***  in Courtroom 5-A, Frank M. Johnson, Jr.

United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

      DONE this 25th day of October, 2005.


                    /s/ Vanzetta Penn McPherson
                    VANZETTA PENN MCPHERSON
                     UNITED STATES MAGISTRATE JUDGE