IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR182-M |
| | ) | |
| CANDICE L. FOUNTAIN | ) | |

**ORDER**

The court is advised that the parties have not resolved this criminal case and that it remains on the trial term set to commence on 21 November 2005. Accordingly, the parties are REMINDED of the directives in the Arraignment Order (Doc. # 11), to wit, the filing of any requested voir dire questions and jury instructions on or before 14 November 2005. Because of the court's intervening schedule, it is hereby

ORDERED that the Arraignment Order is hereby AMENDED to reflect that jury selection in this case will commence at 2:00 p.m. on 21 November 2005, instead of 10:00 a.m. on that date. In all other respects, the Arraignment Order remains in full force and effect.

DONE this 9th day of November, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE